# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2075 Disciplinary Docket No. 3 |
| | : |
| LeROY NATHANIEL STRICKLAND | : Board File No. C1-14-112 |
| | : |
| | : (Superior Court of California, County of |
| | : Los Angeles, No. NA096686) |
| | : |
| | : Attorney Registration No. 29498 |

## O R D E R

**PER CURIAM:**

AND NOW, this 7th day of October, 2014, a Rule having been entered by this Court on July 17, 2014, pursuant to Rule 214(d)(1), Pa.R.D.E., directing LeRoy Nathaniel Strickland to show cause why he should not be placed on temporary suspension and, no response having been filed, it is hereby

ORDERED that the Rule is made absolute; LeRoy Nathaniel Strickland is placed on temporary suspension pursuant to Rule 214(d)(2), Pa.R.D.E.; and he shall comply with all the provisions of Rule 217, Pa.R.D.E.